HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT, ) | |
| ) | CASE NO. 2:21-CV-00827-BJR |
| Plaintiff, ) | |
| v. ) | STIPULATED MOTION TO |
| ) | CONTINUE EXPERT REPORT |
| PLY GEM PACIFIC WINDOWS ) | DEADLINE BY THIRTY DAYS AND |
| CORPORATION, ) | ORDER |
| ) | |
| Defendant. ) | |

### **STIPULATION**

This matter is a Clean Water Act citizen suit brought under 33 U.S.C. § 1365 by Plaintiff Waste Action Project ("WAP") against Ply Gem Pacific Windows Corporation ("Ply Gem"). WAP alleges Ply Gem committed numerous violations of its National Pollutant Discharge Elimination System (NPDES) Industrial Stormwater General Permit. Ply Gem denies these allegations.

The parties have been assiduously working towards settlement. The parties are optimistic that they will reach a compromise resolution and present a proposed consent decree to the Court soon. At this time, the parties believe that it will be more efficient to direct their resources towards continued settlement discussions rather than trial preparation activities and associated

STIPULATED MOTION TO CONTINUE EXPERT
REPORT DEADLINE BY THIRTY DAYS AND
ORDER - 1
Case No. 2:21-CV-00827-BJR

Smith & Lowney, pllc
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

1  Court involvement. For that reason, the parties request that the expert report deadline be
2  extended by thirty days.
3  The Court's August 23, 2021 Order Setting Trial Dates and Related Dates set the
4  deadline for the reports from expert witness under FRCP 26(a)(2) for February 14, 2022. The
5  parties propose to continue this deadline to March 16, 2022.

6  RESPECTFULLY SUBMITTED this 7th day of February, 2022.

**Smith & Lowney, PLLC**

By:   *s/Savannah Rose*
Savannah Rose, WSBA No. 57062
Richard A. Smith, WSBA No. 21788
Alyssa Koepfgen, WSBA No. 46773
2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2883
Fax: (206) 860-4187
Email: savannah@smithandlowney.com
richard@smithandlowney.com
alyssa@smithandlowney.com
*Attorneys for Plaintiff Waste Action Project*

WILLIAMS, KASTNER & GIBBS PLLC

By:   *s/Bridget T. Schuster*
Bridget T. Schuster, WSBA No. 41081
Mark M. Myers, WSBA No. 15362
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: (206) 628-6600
Fax: (206) 628-6611
Email: mmyers@williamskastner.com
bschuster@williamskastner.com
*Attorneys for Ply Gem Pacific Windows Corporation*

STIPULATED MOTION TO CONTINUE EXPERT
REPORT DEADLINE BY THIRTY DAYS AND
ORDER - 2
Case No. 2:21-CV-00827-BJR

**Smith & Lowney, pllc**
**2317 East John Street**
**Seattle, Washington 98112**
**(206) 860-2883**

ORDER

This matter having come before the Court on the parties' stipulated motion for continuance of the deadline for the reports from expert witness under FRCP 26(a)(2), and the Court having reviewed the file and pleadings herein, and being otherwise fully advised on the matter, hereby finds and concludes that good cause exists to continue the deadline for the reports from expert witness under FRCP 26(a)(2) by thirty days. The schedule set forth in The Court's August 23, 2021 Order Setting Trial Dates and Related Dates is amended; the deadline for the reports from expert witness under FRCP 26(a)(2) is March 16, 2022.

IT IS SO ORDERED

DATED this 10th day of February, 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

**Smith & Lowney, PLLC**

By:  *s/Savannah Rose*
Savannah Rose, WSBA No. 57062
Richard A. Smith, WSBA No. 21788
Alyssa Koepfgen, WSBA No. 46773
Attorneys for Plaintiff

STIPULATED MOTION TO CONTINUE EXPERT REPORT DEADLINE BY THIRTY DAYS AND ORDER - 3
Case No. 2:21-CV-00827-BJR

Smith & Lowney, pllc
2317 East John Street
Seattle, Washington 98112
(206) 860-2883